In the Matter of MORRIS C. SMITH, Appellant.
CHARLES W. FROESSEL, Individually and as a Justice of the Supreme Court of the State of New York, et al., Respondents.

Argued February 23, 1943; decided April 8, 1943.

694

*Frederick E. Crane, Alexander A. Mayper* and *David Lazarus* for appellant.

*Fred J. Munder,* individually and as District Attorney (*Harry C. Brenner* of counsel), for respondents.

Order affirmed, with costs; no opinion. (See 290 N. Y. 859.)

Concur: LEHMAN, Ch. J., FINCH, RIPPEY and DESMOND, JJ. Dissenting: LOUGHRAN, LEWIS and CONWAY, JJ.